# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

LEONARD, STEPHEN D.    }
    *PLAINTIFF/*    }
                    }
  VS.    }
                    }
BAY HARBOUR POLICE DEPARTMENT }
CHIEF NOEL, LINDESY; In his official capacity    }
UNITED STATES ATTORNEY OFFICE    }
LAPOINTE, MARKENZY; In his Official capacity }
U.S. ATTORNEY FOR THE SOUTHERN DISTRICT OF FLORIDA}
    *DEFENDANTS/* }

CIVIL CASE NO:_____

FILED BY_____D.C.

AUG 0? 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT
## 42 U.S.C. §§§ 1983; 1985, 1986

PLAINTIFF, Stephen Daniel Leonard, is a citizen of the United States of America, and resident of Miami-Dade County, Florida. DEFENDANTS, Bay Harbour Police Department, Chief Lindsey Noel, United States Attorney Office, and Markenzy Lapointe, United States Attorney for the Southern District of Florida, are entities and individuals of entities that operate as a public service from addresses in Miami-Dade County, Florida.

Plaintiff Leonard filed formal criminal complaint's to and with the defendant's entities as the law requires a citizen must do, the defendant's refused to respond to the plaintiff, and neglected to prevent further criminal acts from occurring after notification, refused to intervene, refused to investigate, and refused to stop the crimes as the laws proscribe, and require them to do as a public function.

As a direct result of the defendant's actions, Plaintiff Leonard has suffered injuries, damages, and losses to his person and property, and the Defendant's actions and more specifically, the Defendant's inactions, directly placed Plaintiff Leonard's life in imminent danger of death, and or great bodily harm.

## TRIAL JURY DEMAND

Respectfully Submitted,

Stephen Daniel Leonard
CEO / Safety Transport Corporation
2255 N.E. 136th Terrace
North Miami Beach, Florida 33181
(305) 957-8841
constitutionalest@live.com

## BACKGROUND

On July 05, 2024, the plaintiff was targeted, stalked, chased from Haulover Point in Miami, Florida, through Bay Harbour, Florida, to North Miami, Florida by unknown at this time suspects who the plaintiff believes were attempting to murder him.

On July 07, 2024, the plaintiff contacted the Bay Harbour Police Department, and reported the crimes that occurred on July 05, 2024 to Bay Harbour Police Chief Lindsey Noel.

On July 08, 2024, the plaintiff contacted the United States Attorney's Office, and reported the crimes that occurred on July 05, 2024 to the United States Attorney for the Southern District of Florida Markenzy LaPointe.

Between July 08, 2024, and present date, the defendant's Bay Harbour Police Department, Bay Harbour Police Chief Lindsey Noel; United States Attorney's Office, and United States Attorney for the Southern District of Florida Markenzy LaPointe, conspired with each other, and with other members within their respective entities, to refuse to investigate the felony crimes the plaintiff reported to them.

As a result, the plaintiff has suffered damages and losses, from the physical, emotional, and psychological harm and injuries that resulted to his person and property. The actions of the defendant's caused the plaint to suffer losses to public services that the government entities are required to provide to all citizens equally, without prejudice, bias, or indifference.

The actions of the defendant's, and, more specifically, their neglect,  further caused the plaintiff's life to be put in danger of imminent death and or great bodily harm.

## COUNT 1
## ACTION FOR DEPRIVATION OF RIGHTS
## TITLE 42 U.S.C. 1983

Between July 08, 2024 and present date, the defendant's: Bay Harbour Police Department, Lindsey Noel, United States Attorney's Office, and Markenzy LaPointe, knowingly, willingly, and intentionally, deprived plaintiff Stephen Leonard of his constitutionally protected right to equal protection of the laws as set-forth in Amendment 14, Section 1[1], of the United States Constitution, in violation of Title 42 U.S.C. § 1983.

## COUNT 2

---

[1] *AMENDMENT XIV, Section 1.*
*All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*

## CONSPIRACY TO INTERFERE WITH CIVIL RIGHT
## TITLE 42 U.S.C. § 1985

Between July 08, 2024 and present date, the defendant's: Bay Harbour Police Department, Lindsey Noel, United States Attorney's Office, and Markenzy LaPointe, knowingly, willingly, and intentionally, did conspire to interfere with the plaintiff's civil rights in violation of violated Title 42 U.S.C. § 1985 (1) & (3)[2], when the Bay Harbour Police Department employee's, Lindsey Noel, United States Attorney's Office employee's and Markenzy LaPointe, communicated with each other about the felony complaints that the plaintiff filed with them on July 07 & 08, 2024, and, collectively, and unlawfully refused to investigate[3] the crimes that were reported to them by the plaintiff.

---

[2] *TITLE 42 U.S. CODE § 1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS.*
*(1) Preventing officer from performing duties.*
*If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;*

*(2) Obstructing justice; intimidating party, witness, or juror.*
*If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;*

*(3) Depriving persons of rights or privileges.*
*If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.*

[3] *POLICE FUNCTION STANDARDS*

*Standard 1-2.2. Major current responsibilities of police*
*In assessing appropriate objectives and priorities for police service, local communities should initially recognize that most police agencies are currently given responsibility, by design or default, to:*

<u>**COUNT 3**</u>
<u>**ACTION FOR NEGLECT TO PREVENT**</u>
<u>**TTILE 42 U.S.C. § 1986**</u>

Between July 08, 2024 and present date, the defendant's: Bay Harbour Police Department, Lindsey Noel, United States Attorney's Office, and Markenzy LaPointe, knowingly, willingly, and intentionally, and maliciously, unlawfully conspired to deprived plaintiff Stephen Leonard of his constitutionally protected right to equal protection of the laws, as set-forth in Amendment 14, Section 1, of the United States Constitution, in violation of Title 42 U.S.C. § 1985 (1) & (3), and Title 42 U.S.C. § 1986[4]

---

*(a) identify criminal offenders and criminal activity and, where appropriate, to apprehend offenders and participate in subsequent court proceedings;*
*(b) reduce the opportunities for the commission of some crimes through preventive patrol and other measures;*
*(c) aid individuals who are in danger of physical harm;*
*(d) protect constitutional guarantees;*
*(e) facilitate the movement of people and vehicles;*
*(f) assist those who cannot care for themselves;*
*(g) resolve conflict;*
*(h) identify problems that are potentially serious law enforcement or governmental problems;*
*(i) create and maintain a feeling of security in the community;*
*(j)) promote and preserve civil order; and*
*(k) provide other services on an emergency basis.*

*(https://www.americanbar.org/groups/criminal_justice/publications/criminal_justice_section_archive/crimjust_standards_urbanpolice/)*
[4] 42 U.S. Code § 1986 - Action for neglect to prevent.

*Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.*

4